November 21, 2007

Mr. Maxwell Lane Lowrey
Wilson Elser Moskowitz
Edelmen & Dicker
5847 San Felipe, Suite 2300
Houston, TX 77027

Mr. Alistair B. Dawson
Beck Redden & Secrest
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Honorable William R. Burke
Harris County, 189th District Court
201 Caroline, 12th Floor
Houston, TX 77002

Mr. James W. Christian
Christian, Smith, & Jewell
2302 Fannin, Suite 500
Houston, TX 77002

RE: Case Number: 07-0943
 Court of Appeals Number: 01-07-00934-CV
 Trial Court Number: 2004-29270

Style: IN RE BILFINGER BERGER AG AND BILFINGER BERGER GAS AND OIL
 SERVICES NIGERIA LIMITED

Dear Counsel:

 Today the Supreme Court of Texas granted in part the Motion for
Temporary Relief and issued the enclosed stay order in the above-referenced
case. The Court requests that real parties in interest file a response to
the petition for writ of mandamus. The response is due to be filed in this
office no later than 3:00 p.m., December 19, 2007. PLEASE NOTE Tex. R.
App. P. 9.2(b), does not apply. There is no filing fee associated with
this requested response.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Robert L. |
| |Chaiken |
| |Mr. Charles W. |
| |Lyman |